1  WILLIAM H. COLLIER, JR., CASB No. 97491
   william.collier@kyl.com
2  JAMES F. KUHNE, JR., CASB No. 251150
   james.kuhne@kyl.com
3  KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California  90801-1730
   Telephone:   (562) 436-2000
6  Facsimile:   (562) 436-7416
7
   Attorneys for Defendant
8  MAERSK LINE, LIMITED
9

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13  TERRY ALLEN,                ) Case No. CV13-3453 GAF (Ex)
                                )
14              Plaintiff,      ) STIPULATION AND JOINT
                                ) REQUEST FOR DISMISSAL WITH
15       vs.                    ) PREJUDICE PURSUANT TO FED. R.
                                ) CIV. P. 41 AND ORDER
16  MAERSK LINE, LIMITED,       )
                                )
17              Defendant.      )
                                )
18                              )
                                )
19                              )
20  _____)

21       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby
22  stipulated and agreed by and between the parties to this action, TERRY ALLEN
23  ("Plaintiff") and MAERSK LINE, LIMITED ("Defendant" or "MLL"), that this action
24  be dismissed, in its entirety, with prejudice.  Each party will bear its own costs and
25  ///
26
27
28  ///

- 1 -

KYL LB1714594

1 | attorneys' fees, if any. This stipulation is made in consideration of the settlement
2 | entered into by and between the parties on February 14, 2014.

5 | DATED: March 17, 2014

WILLIAM H. COLLIER, JR.
JAMES F. KUHNE, JR.
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
MAERSK LINE, LIMITED

11 | DATED: March 17, 2014

PRESTON EASLEY
CHRISTOPHER BULONE
KEVIN CONLOGUE
Attorneys for Plaintiff
TERRY ALLEN

IT IS SO ORDERED.
Dated: 3/19/14

United States District Judge
GARY ALLEN FEESS